UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A&W X-PRESS, INC.,
a Michigan corporation,

    Plaintiff,

v.

FCA US LLC,
a Delaware limited liability company,

    Defendant.

Honorable George Caram Steeh

Case 2:21-cv-12209-GCS-KGA

---

| | |
|---|---|
| Ryan Lee Perry (P55545) | Peter H. Webster (P48783) |
| Geoffrey S. Wagner (P70839) | James A. Martone (P77601) |
| GIARMARCO, MULLINS & HORTON, P.C. | DICKINSON WRIGHT PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Tenth Floor Columbia Center | 2600 West Big Beaver Road, Suite 300 |
| 101 West Big Beaver Road | Troy, MI 48084 |
| Troy, MI 48084-5280 | (248) 433-7200 |
| (248) 457-7000 | pwebster@dickinsonwright.com |
| rperry@gmhlaw.com | jmartone@dickinsonwright.com |
| gwagner@gmhlaw.com | |

---

## **APPEARANCE**

    NOW COMES Dickinson Wright PLLC, by James A. Martone, and hereby enters his Appearance on behalf of Defendant FCA US LLC.

DICKINSON WRIGHT PLLC

/s/ James A. Martone
James A. Martone (P77601)
Attorneys for Plaintiff
2600 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
jmartone@dickinsonwright.com

Date: October 7, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

/s/ James A. Martone
James A. Martone (P77601)
Attorneys for Plaintiff
2600 West Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
jmartone@dickinsonwright.com

4846-6803-2254 v1 [22624-1224]