UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A & W X-PRESS, INC.,

    Plaintiff,

v.

    Case No. 21-12209

    Hon. George Caram Steeh

FCA US, LLC,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
AND ORDER TO SHOW CAUSE DIRECTED TO
AHS TRANSPORATION, INC., HASSAN
ALJUMAILI, AND ALJUMAILI TRUCKING LLC

    On December 2, 2022, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court grant Defendant's motion for an order to show cause. No timely objections have been filed.

    Defendant issued subpoenas to non-parties AHS Transportation, Inc., Hassan Aljumaili, and Aljumaili Trucking, Inc. The magistrate judge determined that they were properly served and/or were attempting to evade service. After these non-parties did not comply or respond to the subpoenas, Defendant sought a finding of contempt. The magistrate judge concluded that Defendant met its burden of demonstrating civil contempt and recommends that this court issue an order to show cause.

Having reviewed the record, this court agrees with the magistrate judge's analysis and conclusions. Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Altman's December 2, 2022 report and recommendation is ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for an order to show cause (ECF No. 61) is GRANTED as follows:

IT IS ORDERED that AHS Transportation, Inc., Hassan Aljumaili, and Aljumaili Trucking, Inc. SHALL APPEAR before the Honorable George Caram Steeh on **January 31, 2023, at 10 a.m.** to SHOW CAUSE why they should not be held in civil contempt for failing to comply with the subpoenas issued by Defendant.

Dated: January 5, 2023                    s/George Caram Steeh
                                          Hon. George Caram Steeh
                                          United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 5, 2023, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk